## ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

■

**IN the INTEREST OF: K.K.R., a Minor**

Petition of: S.R., Mother

In the Interest of: S.C.R., a Minor

Petition of: S.R., Mother

No. 310 EAL 2017
No. 311 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

■

**IN the INTEREST OF: K.D.P., a Minor**

Petition of: D.P., Mother

No. 265 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

■

**IN the INTEREST OF: B.A.P., a Minor**

Petition of: D.P., Mother

No. 264 EAL 2017

Supreme Court of Pennsylvania.

July 27, 2017

## ORDER

PER CURIAM

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is DENIED.